No. 93–9020. CARPER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–9031. ONOKPACHERE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–9044. JOHNSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9056. MCCARTHY *v.* HEDRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 93–9083. SAMUELS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9092. TAYLOR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9101. BADARACCO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9104. FLORES ET UX. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–9107. GOMEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9115. MOSES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–9119. AUSTIN *v.* PETERS ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–9120. MERIT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9129. DIXON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9132. TIPTON ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9141. GOSHEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9156. KEITH *v.* MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.